UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFRONSKI P. BROOKINS,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>   Defendant. | No.  2:16-cv-1203 MCE AC P<br><br><br><br>ORDER |

   Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed November 30, 2017, petitioner was given thirty days to either submit an application to proceed in forma pauperis or pay the filing fee.  ECF No. 6.  Thirty days have now passed and petitioner has not moved to proceed in forma pauperis or paid the filing fee.  However, petitioner has submitted a letter to the Clerk of the Court asking whether his filing fee has been received.  ECF No. 7.  Since the court has not yet received the filing fee, it appears that the payment request may still be processing.

   Accordingly, IT IS HEREBY ORDERED that petitioner shall have thirty days from service of this order to pay the $5.00 filing fee.

DATED: January 23, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE